EXHIBIT A.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------x
SINGH *et al.*

                              Plaintiff,       Case No.23-cv-06645

      v.

JAAP TRUCKING INC *et al.*                  **STIPULATION AND ORDER OF**
                                                         **DISMISSAL WITH PREJUDICE**

                              Defendants.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

TROY LAW, PLLC
*Attorneys for the Plaintiff*

By: _____
Aaron B. Schweitzer
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
Tel: 718 762 1324

Cillick & Smith

*Attorneys for Defendants*

_____
Suzanne Smith and
Burcu Kulaksiz, Esq.
25 Main Street
Hackensack, NJ 07601
Tel: 2013420808

SO ORDERED.

_____
Leda Dunn Wettre

Dated: July 24, 2025

Doc ID: a4351b726721e65d9c27307c5cc6c94f96991b4d